IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| CHARLES POOLE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 14-00663-CV-W-DW |
| | ) | |
| SOUTHWEST CREDIT SYSTEMS, LP, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

On December 4, 2014, Defendant filed its (Second) Motion to Dismiss pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. On December 23, 2014, the Court entered an Order granting in part and denying in part said motion. Rule 12(a)(4) provides that a defendant must serve an answer within 14 days after the denial of a motion made under Rule 12. Thus, Defendant was required to serve an answer on or before January 9, 2015.[1] To date, although Defendant has not filed an answer to the Amended Complaint, Plaintiff has failed to apply for an entry of default pursuant to Rule 55(a) of the Federal Rules of Civil Procedure. Accordingly, Plaintiff is ORDERED to file a status report regarding this matter within fourteen (14) days of the date of this Order.

SO ORDERED.

Date: January 14, 2015            /s/ Dean Whipple
                                  Dean Whipple
                                  United States District Judge

---

[1] Because notice of the Order denying in part the motion to dismiss was served to Defendant by email, 3 additional days were added to Defendant's time to act pursuant to Rule 6(d).