In The District Court of the United States
For the Western District of Missouri

Charles Poole   )
                )
        Plaintiff )
                )
vs.             )
                ) Case No.: 14-00663-CV-W-DW
SOUTHWEST CREDIT SYSTEM, )
INC.            )
                )
        Defendant )

## AFFIDAVIT IN SUPPORT OF
## MOTION FOR ENTRY OF DEFAULT

Plaintiff Charles Pooles moves the clerk of court to enter a judgment by default in this action in pursuant to Rule 55 of Federal Rules and Civil Procedures, and show that the amended complaint in the above case was filed into court on the 30th of September, 2014. The amended complaint was served on the defendant, SOUTHWEST CREDIT SYSTEM, INC.

On December 23, 2014, the Court entered an Order granting in part and denying in part defendants Motion to 2nd Motion to dismiss filed by defendants December 4th, 2014. Defendants were required to serve an answer on or before January 9th, 2015. Defendant to this date has failed to file an answer to my Amended Complaint as the Order from the court indicates that was filed on January 14th.

ORDERED, ADJUDGED AND DECREED: The plaintiff, Charles Poole has partial judgment against the defendants in the liquidated amount of **$5,000.00** .The plaintiff(s) and their counsel are

neither minors nor incompetent of the law. I, the plaintiff in this matter also ask for judgment in the defendant is barred from unlawfully pulling consumers credit report without their permission. I also request the court for punitive damages in the defendant was negligent and willful in their acts.

"I Charles Poole declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*Charles Poole*

[Made Pursuant to the United States Constitution & Title 28 USCA Section 1746]

## JURAT

STATE OF MISSOURI           )
                            ) ss
COUNTY OF JACKSON           )

On this 21 day of, January, 2015 came before me the living flesh and blood man to oath and attest and affirm the signature is true, complete, and correct on the foregoing **AFFIDAVIT IN SUPPORT OF MOTION FOR ENTRY OF DEFAULT** Charles Poole, the undersigned, who is personally known by me or upon proper oath and identification for the notary public in and for said state, personally appeared before me.

*Rebecca C. Regan*
Notary Public        (seal)

REBECCA G. REGAN
Notary Public - Notary Seal
STATE OF MISSOURI
Jackson County
My Commission Expires Aug. 15, 2018
Commission # 14005867

Sincerely,

*Charles Poole*_____, All Rights Reserved
Charles Poole

# CERTIFICATE OF SERVICE

      I hereby certify that on 20th of January, 2015 I walked in and filed this motion with the district court of the United States for the Western District of Missouri, I also sent a copy certified, with return receipt U.S. Mail to:

**Nathan D Sturycz**
Sturycz Watts LLC
5757 Phantom Drive
Suite 250
St. Louis, MO 63042
