**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

| | | |
|---|---|---|
| CHARLES POOLE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 14-00663-CV-W-DW |
| | ) | |
| SOUTHWEST CREDIT SYSTEMS, LP, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Before the Court is Plaintiff's pro se Motion Entry for Default Judgment (Doc. 17) filed

on January 21, 2015. Plaintiff moves the Clerk to enter default against Defendant pursuant to

Rule 55(a) of the Federal Rules of Civil Procedure. On the same date the Motion was filed,

however, Defendant filed its Answer to Plaintiff's Amended Verified Complaint for Damages

(Doc. 15). Thus, the Court finds that Plaintiff has not shown that Defendant has failed to plead

or otherwise defend. Accordingly, the Motion Entry for Default Judgment (Doc. 17) is

DENIED.

SO ORDERED.


Date: February 13, 2015                    _____/s/ Dean Whipple_____
                                           Dean Whipple
                                           United States District Judge